FILED
CLERK U.S. DISTRICT COURT

JUL 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CR 04-1458 DSF

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation |
| Javier Rico-Huerta | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ( )  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A.    (   )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

*he can prevent crime pose*

_____

_____

_____

(B)   ( )   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

*Attorney things*

_____

_____

_____

        IT IS ORDERED that defendant be detained.

DATED:   7-1/2/16

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE